45 So.2d 60

## Glen H. TAYLOR v. CITY OF BIRMINGHAM.

### 6 Div. 25.

Supreme Court of Alabama.
March 9, 1950.

Arthur D. Shores, of Birmingham, John J. Abt., of New York City, Earl B. Dickerson, of Chicago, Ill., and Harry Silver, of New York City, for petitioner.

Thos. E. Huey, Jr., of Birmingham, opposed.

FOSTER, Justice.

This is a petition for writ of certiorari to the Court of Appeals filed by Glen H. Taylor to review and revise the judgment and decision of that Court in the case of Taylor v. City of Birmingham, 45 So.2d 53.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the petition must be denied.

Writ denied.

LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.